### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES MATTHEWS, II and MICHAELA MATTHEWS,<br><br>    Plaintiffs,<br><br>v.<br><br>BLACK & VEATCH CORPORATION, TAKRAF USA, INC. and/or TAKRAF USA, INC. d/b/a TENOVA, KELLOGG BROWN & ROOT, LLC, and KOCH FERTILIZER ENID, LLC,<br><br>    Defendants. | Case No. CIV-19-1189-JD<br>District Court of Oklahoma County<br>Case No. CJ-2019-6389<br><br>Judge |

## ANSWER

COMES NOW Defendant, Black & Veatch Corporation, (hereinafter "BV") by and through its attorneys, Holden Litigation, and for its Answer to Plaintiffs' Petition, alleges and states:

1. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 1 of Plaintiffs' Petition and therefore denies same.

2. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 2 of Plaintiffs' Petition and therefore denies same.

3. Defendant admits the allegations contained in paragraph 3 of Plaintiffs' Petition.

4. Defendant admits the allegations contained in paragraph 4 of Plaintiffs' Petition.

5. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 5 of Plaintiffs' Petition and therefore denies same.

6. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 3 of Plaintiffs' Petition and therefore denies same.

7. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 7 of Plaintiffs' Petition and therefore denies same.

8. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 8 of Plaintiffs' Petition and therefore denies same.

9. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 9 of Plaintiffs' Petition and therefore denies same.

10. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 10 of Plaintiffs' Petition and therefore denies same.

11. Defendant denies the allegations contained in paragraph 11 of Plaintiffs' Petition.

12. Upon information and belief, Defendant admits the allegations contained in paragraph 12 of Plaintiffs' Petition.

13. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 13 of Plaintiffs' Petition and therefore denies same.

14. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 14 of Plaintiffs' Petition and therefore denies same.

15. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 15 of Plaintiffs' Petition and therefore denies same.

16. Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 16 of Plaintiffs' Petition and therefore denies same.

19. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 19 of Plaintiffs' Petition and therefore denies same.

20. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 20 of Plaintiffs' Petition and therefore denies same.

21. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 21 of Plaintiffs' Petition and therefore denies same.

22. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 22 of Plaintiffs' Petition and therefore denies same.

23. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 23 of Plaintiffs' Petition and therefore denies same.

24. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 24 of Plaintiffs' Petition and therefore denies same.

25. Defendant denies the allegations contained in paragraph 25 of Plaintiffs' Petition and demands strict proof thereof.

26. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 26 of Plaintiffs' Petition and therefore denies same.

27. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 27 of Plaintiffs' Petition and therefore denies same.

28. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 28 of Plaintiffs' Petition and therefore denies same.

29. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 29 of Plaintiffs' Petition and therefore denies same.

30. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 30 of Plaintiffs' Petition and therefore denies same.

31. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 31 of Plaintiffs' Petition and therefore denies same.

32. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 32 of Plaintiffs' Petition and therefore denies same.

33. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 33 of Plaintiffs' Petition and therefore denies same.

34. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 34 of Plaintiffs' Petition and therefore denies same.

35. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 35 of Plaintiffs' Petition and therefore denies same.

36. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 36 of Plaintiffs' Petition and therefore denies same.

37. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 37 of Plaintiffs' Petition and therefore denies same.

38. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 38 of Plaintiffs' Petition and therefore denies same.

39. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 39 of Plaintiffs' Petition and therefore denies same.

40. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 40 of Plaintiffs' Petition and therefore denies same.

41. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 41 of Plaintiffs' Petition and therefore denies same.

42. (*sic*) Defendant denies the allegations contained in paragraph 42 of Plaintiffs' Petition and demands strict proof thereof.

43. (*sic*) Defendant denies the allegations contained in paragraph 43 of Plaintiffs' Petition and demands strict proof thereof.

44. (*sic*) Defendant denies the allegations contained in paragraph 44 of Plaintiffs' Petition and demands strict proof thereof.

45. (*sic*) Defendant denies the allegations contained in paragraph 45 of Plaintiffs' Petition and demands strict proof thereof.

46. (*sic*) Defendant denies the allegations contained in paragraph 46 of Plaintiffs' Petition and demands strict proof thereof.

47. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 47 of Plaintiffs' Petition and therefore denies same.

48. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 48 of Plaintiffs' Petition and therefore denies same.

49. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 49 of Plaintiffs' Petition and therefore denies same.

50. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 50 of Plaintiffs' Petition and therefore denies same.

51. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 51 of Plaintiffs' Petition and therefore denies same.

52. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 52 of Plaintiffs' Petition and therefore denies same.

53. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 53 of Plaintiffs' Petition and therefore denies same.

54. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 54 of Plaintiffs' Petition and therefore denies same.

55. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 55 of Plaintiffs' Petition and therefore denies same.

56. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 56 of Plaintiffs' Petition and therefore denies same.

57. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 57 of Plaintiffs' Petition and therefore denies same.

58. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 58 of Plaintiffs' Petition and therefore denies same.

59. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 59 of Plaintiffs' Petition and therefore denies same.

60. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 60 of Plaintiffs' Petition and therefore denies same.

61. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 61 of Plaintiffs' Petition and therefore denies same.

62. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 62 of Plaintiffs' Petition and therefore denies same.

63. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 63 of Plaintiffs' Petition and therefore denies same.

64. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 64 of Plaintiffs' Petition and therefore denies same.

65. (*sic*) Defendant is without information sufficient to form a belief as to the allegations contained in paragraph 65 of Plaintiffs' Petition and therefore denies same.

## **DEFENSES AND AFFIRMATIVE DEFENSES**

Black & Veatch Corporation, having fully answered the Plaintiffs' Petition, states the following additional defenses, including affirmative defenses:

1. The Plaintiffs' Petition fails to plead with particularity; consequently, the case against Defendant should be dismissed.

2. Defendant is an improper party to the above styled cause.

3. The Plaintiffs' Petition fails to state a claim upon which relief can be granted.

4. All claims are barred in whole or in part because the Plaintiffs' own actions were the direct and proximate cause of the alleged injuries so that the principles of comparative fault and/or contributory negligence apply.

5. All claims are barred to the extent the subject injuries resulted from the Plaintiffs' own conduct which is a superseding and intervening cause.

6. All claims are barred to the extent they resulted from the conduct or fault of any third parties or entities or from a superseding and intervening cause.

7. The Plaintiffs failed, or may have failed, to mitigate their claimed subject damages.

8. Defendant avails itself of each and every defense or setoff available to it pursuant to the applicable common law and/or statutory law of Oklahoma, as well as applicable federal law.

9. Defendant breached no duty allegedly owed to Plaintiffs.

10. General denial.

11. General denial of damages.

12. Comparative negligence.

13. Plaintiffs' recovery, if any, is barred due to the negligence of Plaintiffs is greater than that the Defendant, thereby precluding any recovery by Plaintiffs against the Defendant.

14. Defendant reserves the right to further answer or plead additional defenses and puts all parties on notice it will seek leave of Court to add additional defenses as they become known through discovery.

15. To the extent there are any material allegations asserted in the above styled cause which Defendant has not denied, the same are hereby denied.

WHEREFORE, having fully answered Plaintiffs' Petition, Defendant, Black & Veatch Corporation, respectfully requests this Court to enter judgment in its favor as to each claim asserted by Plaintiffs and to enter an order awarding it all costs and attorney fees incurred in defending this matter, and for any additional relief in its favor as the Court deems just and/or equitable.

Respectfully submitted,

**HOLDEN LITIGATION,** *Holden P.C.*

*/s/ Eddie L. Carr*
_____
Steven E. Holden, OBA #4289
Eddie L. Carr, OBA #12601
15 East 5th Street, Suite 3900

>Tulsa, OK 74103
>(918) 295-8888; (918) 295-8889 fax
>SteveHolden@HoldenLitigation.com
>EddieCarr@HoldenLitigation.com
>**Attorneys for Defendant Black & Veatch Corporation**

## CERTIFICATE OF MAILING

I certify that on the 6th day of January 2020, a true and correct copy of the above and foregoing instrument was mailed, with proper postage fully prepaid thereon, to:

Kenneth N. Jean
Scott R. Jackson
Patrick F. Collogan
Martin Jean & Jackson
13900 N. Portland, Suite 150
Oklahoma City, OK 73134
*Attorneys for Plaintiffs, James Matthews II and Michaela Matthews*

_____
Eddie L. Carr

268.002

-9-